UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
March 07, 2017
David J. Bradley, Clerk

| | |
|---|---|
| JOHN PHILLIP BENDER, <br>     *Petitioner,* <br><br> versus <br><br> LORIE DAVIS, <br> Director of the Texas Department of Criminal Justice - Correctional Institutions Division, <br>     *Respondent.* | § § § § § § § § § <br><br> CIVIL ACTION 4:16-CV-02740 |

## Order of Adoption

On February 3, 2017, Magistrate Judge Stephen Wm. Smith issued a memorandum and recommendation (Dkt. 13) to which the petitioner objected (Dkt. 17). After considering the record and the law, the court overrules the objections and adopts the memorandum and recommendation as its memorandum and opinion. The petition is dismissed with prejudice as time-barred. The court will issue a separate final judgment.

Signed March 7, 2017, at Houston, Texas.

Lynn N. Hughes
United States District Judge